UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALFRED GJERGJAJ,

    Petitioner,

v.

KIRSTJEN NIELSEN, SECRETARY,
DEPARTMENT OF HOMELAND
SECURITY; RONALD VITIELLO,
DIRECTOR, IMMIGRATION AND
CUSTOMS ENFORCEMENT; AND
REBECCA ADDUCCI, DIRECTOR,
DETROIT IMMIGRATION AND CUSTOMS
ENFORCEMENT,

    Respondents.
_____/

Case No. 18-12094

Honorable Nancy G. Edmunds

## ORDER DIRECTING SERVICE AND RESPONSE AND STAYING REMOVAL, AND NOTICE OF HEARING

Petitioner Alfred Gjergjaj brings this Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. The Court has reviewed it and deems that it is not appropriate for summary dismissal. Therefore,

IT IS ORDERED that the Clerk of Court is directed to serve photocopies of the petition and this order upon the United States Attorney via facsimile transmission and first-class mail, and upon the Respondents via first-class mail. Pursuant to 28 U.S.C. § 2243, the Respondents shall file a response to the petition, along with relevant or supporting documentation, on or before **July 30, 2018**. A hearing is scheduled for **August 22, 2018 at 2:00 p.m.**

In order to preserve the Court's jurisdiction over this matter, IT IS ORDERED that Petitioner's removal or deportation is hereby stayed until further order of the Court. 28

U.S.C. § 1651.  For good cause shown, the Government may move to vacate the stay.

SO ORDERED.

S/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated:  July 5, 2018


I hereby certify that a copy of the foregoing document was served upon counsel of record on July 5, 2018, by electronic and/or ordinary mail.

s/William Barkholz in place of Lisa Bartlett
Case Manager